**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-02302-GPG
(**The above civil action number must appear on all future papers sent to the court in this action.  Failure to include this number may result in a delay in the consideration of your claims.**)

ERIC FLORES,

    Plaintiff,

v.

UNITED STATES ATTORNEY GENERAL, and
FEDERAL BUREAU OF INVESTIGATION, and

    Defendants.

---

**ORDER TO CURE DEFICIENCIES**

---

On October 16, 2015, Mr. Flores submitted *pro se* a sixty-four page "Petition to Challenge the Constitutionality of the First Amendment" (ECF 1), an Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form) (ECF 3), a thirty-one page "Motion to Transfer Multidistrict Litigation to the District of Columbia Pursuant to 28 U.S.C. & 1407 For Coordinated and Consolidated Pretrial Proceedings By Judicial Panel for Multidistrict Litigation" (ECF 4), a "Judicial Notice of Leave of Courts Previous Order of Any Filing Restriction Against the Petitioner to File Petition that is Seeking Relief from Imminent Danger such as Death in the Public Interest of Health and Safety" (ECF 5), and a Letter (ECF No. 6).

In his Motion to Transfer, Mr. Flores states that he "has filed over fifty causes of actions civil cause of actions entitled 'Petition to Challenge the Constitutionality of First Amendment' which were instituted in over fifty United States District Courts throughout

the United States of America." (ECF 4). A PACER search indicates that Mr. Flores is no stranger to the federal court system, having filed over 270 cases in federal courts across the nation. Mr. Flores is warned that this Court does not tolerate the abuse of the federal court system and any attempt by Mr. Flores to relitigate the same issues that were addressed previously or are currently pending in other federal courts will result in filing restrictions.

As part of the Court's review pursuant to D.C.COLO.LCivR 8.1(a), the Court has determined that the documents filed are deficient as described in this Order. Mr. Flores will be directed to cure the following if he wishes to pursue any claims in this Court in this action. Any papers that Mr. Flores files in response to this Order must include the civil action number on this Order.

**28 U.S.C. § 1915 Motion and Affidavit**:

(1) ___ is not submitted
(2) ___ is missing affidavit
(3) ___ is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4) ___ is missing certificate showing current balance in prison account
(5) ___ is missing required financial information
(6) ___ is missing authorization to calculate and disburse filing fee payments
(7) ___ is missing an original signature by the prisoner
(8) _X_ is not on proper form (<u>must use court-approved long form</u>)
(9) ___ names in caption do not match names in caption of complaint, petition or habeas application
(10) ___ other: _____

**Complaint, Petition or Application**:

(11) ___ is not submitted
(12) _X_ is not on proper form (<u>must use court-approved complaint form</u>)
(13) ___ is missing an original signature by the prisoner
(14) ___ is missing page nos. ___
(15) ___ uses et al. instead of listing all parties in caption
(16) ___ names in caption do not match names in text
(17) ___ addresses must be provided for all defendants/respondents in "Section A.

(18) _\_\_\_    Parties" of complaint, petition or habeas application
          other:

Accordingly, it is

ORDERED that Mr. Flores cure the designated deficiencies **within thirty days from the date of this Order**. Any papers that Mr. Flores files in response to this Order must include the civil action number on this Order. It is

FURTHER ORDERED that Mr. Flores shall obtain the Court-approved Complaint form and Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form), along with the applicable instructions, at www.cod.uscourts.gov. It is

FURTHER ORDERED that if Mr. Flores fails to cure the designated deficiencies, **within thirty days from the date of this Order**, the action will be dismissed without further notice.

DATED October 20, 2015, at Denver, Colorado.

BY THE COURT:

 s/Gordon P. Gallagher
United States Magistrate Judge